## Commonwealth ex rel. Pontari *v.* Rendelman, Appellant.

Argued December 8, 1972. *Roger B. Reynolds, Jr.,* for appellant; *Martin A. Ostrow,* for appellee.

Order affirmed.

## Commonwealth ex rel. Shumelman *v.* Shumelman, Appellant.

*Pershing N. Calabro,* for appellant; *S. Abraham,* with him *Jack H. Feinberg,* for appellee.

Order affirmed.

## Franciosa *v.* Onorato, Appellant.
## Peoples National Bank of Soudertown, to use of Franciosa *v.* Onorato et ux., Appellants.

Argued December 5, 1972. *Philip R. Detwiler,* with him *Butera & Detwiler,* for appellants; *J. P. Anderson,* with him *Sidney M. DeAngelis,* and *Bean, DeAngelis, Kaufman & Kane,* for appellees.

Judgment affirmed.

WATKINS, J., absent.